**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**Joyce and Kerry Sweeney**                                    Case No.: 6:17-BK-07451-ABB

    **Debtor,**
_____/

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

The Debtor, by and through his undersigned counsel, files this Notice of Change of Address of Debtors, Kerry and Joyce Sweeney, as follows:

Old Address:  1005 Enclair St
              Orlando, FL 32828

New Address:  14766 Sweet Acaia Dr
              Orlando, Fl 32828

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic and/or standard first class mail this 15th day of November on all interested parties listed on the current Matrix attached hereto.

                                      /s/ Sophia Dean
                                      Florida Bar No.: 92295

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-07451-CCJ<br>Middle District of Florida<br>Orlando<br>Thu Nov 15 13:49:00 EST 2018 | Orlando Health, Inc.<br>c/o Michael A. Paasch, Esq.<br>P O Box 2854<br>Orlando, FL 32802-2854 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | AMCA/American Medical Collection Agency<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523-1615 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Avant Credit, Inc<br>Attention Bankruptcy<br>Po Box 9183380<br>Chicago, IL 60691-3380 | Balanced Healthcare<br>164 Burke Street<br>Suite 201<br>Nashua, NH 03060-4783 |
| CareCentrix<br>PO Box 7780<br>London, KY 40742-7780 | Central Florida Credit Union<br>1000 Primera Blvd.<br>Lake Mary, FL 32746-2194 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Cntrl Fl Edu<br>1000 Primera Blvd<br>Lake Mary, FL 32746-2194 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Diversified Consultants, Inc.<br>Diversified Consultants, Inc.<br>Po Box 551268<br>Jacksonville, FL 32255-1268 | First Federal Credit & Collections<br>24700 Chagrin Blvd<br>Suite 205<br>Cleveland, OH 44122-5662 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Hospital<br>601 E. Rollins Street<br>Orlando, FL 32803-1273 | Fox Collection Center<br>Po Box 528<br>Goodlettsvile, TN 37070-0528 | Holloway Credit Solutions<br>1286 Carmichael Way<br>Montgomery, AL 36106-3645 |
| Holloway Credit Solutions<br>PO Box 230609<br>Montgomery, AL 36123-0609 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | MIke Dougherty<br>1576 Malon Bay<br>Orlando, FL 32828-6801 |
| Medical Center Radiology<br>PO Box 919010<br>Orlando, FL 32891-9010 | Nationwide Credit<br>Po Box 14581<br>Des Moines, IA 50306-3581 | Net Credit Financial<br>Po Box 645295<br>Cincinnati, OH 45264-5295 |
| North American Credit Services<br>Po Box 182221<br>Chattanooga, TN 37422-7221 | OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Attn: Bankruptcy Department<br>601 Nw 2nd St #300<br>Evansville, IN 47708-1013 |

Orange County Fire Rescue
7900 NW 154 Street
Suite 201
Hialeah, FL 33016-5816

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Orlando Health
PO Box 918207
Orlando, FL 32891-0001

Orlando Health Physician
Group
PO Box 915092
Orlando, FL 32819

Orlando Health, Inc.
Attn: Jerry Warner, Interim Director
Patient Accounting
3090 Caruso Ct., Suite 20, MP 15
Orlando   FL 32806-8510

Orlando Health, Inc.
PO Box 620000
STOP 9936
Orlando, FL 32891-0007

Patrick FIsher
14766 Sweet Acacia Dr
Orlando, FL 32828-7334

Physician Associates
po box 919544
Orlando, FL 32891-0001

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RMB, Inc.
409 Bearden Park Circle
Knoxville, TN 37919-7448

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
PO Box 248848
Oklahoma City, OK   73124-8848

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

business revenue systems
2419 spy run avenue
Fort Wayne, IN 46805-3262

cardionet, llc
po box 508
Malvern, PA 19355-0508

modlin slinsky pa
1551 sawgrass corporate
parkway suite 110
Sunrise, FL 33323-2828

rmcb
po box 1235
Elmsford, NY 10523-0935

Joyce Helen Sweeney
1005 Enclair St
Orlando, FL 32828-6809

Kerry James Sweeney
1005 Enclair St
Orlando, FL 32828-6809

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Sophia Cabacum Dean
The Orlando Law Group PL
12301 Lake Underhill Road, Suite 213
Orlando, FL 32828-4511

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

T mobile
po box 742596
Cincinnati, OH 45274

End of Label Matrix
Mailable recipients    49
Bypassed recipients     0
Total                  49