United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 17-07451-LVV |
| Kerry James Sweeney | Chapter 13 |
| Joyce Helen Sweeney | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: kerked | Page 1 of 2 |
| Date Rcvd: Dec 07, 2020 | Form ID: pdfdoc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kerry James Sweeney, Joyce Helen Sweeney, 655 Carnival Terrace, Sebastion, FL 32958-6563 |
| cr | | Orlando Health, Inc., c/o Michael A. Paasch, Esq., P O Box 2854, Orlando, FL 32802-2854 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2020 23:34:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2020        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Laurie K Weatherford | ecfdailysummary@c13orl.com |
| Michael A Paasch | on behalf of Creditor Orlando Health Inc. mpaasch@mateerharbert.com, NDarville@MateerHarbert.com |
| Sophia Cabacum Dean | |

District/off: 113A-6       User: kerked        Page 2 of 2
Date Rcvd: Dec 07, 2020    Form ID: pdfdoc     Total Noticed: 3

      on behalf of Debtor Kerry James Sweeney sdean@theorlandolawgroup.com
      macosta@theorlandolawgroup.com;deansr94553@notify.bestcase.com

Sophia Cabacum Dean

      on behalf of Joint Debtor Joyce Helen Sweeney sdean@theorlandolawgroup.com
      macosta@theorlandolawgroup.com;deansr94553@notify.bestcase.com

United States Trustee - ORL7/13, 7
      USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 5

[Doapvins] [Order Approving Application to Pay Filing Fees in Installments]

ORDERED.

Dated: December 7, 2020

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No.
                                                                                        6:17−bk−07451−LVV
                                                                                        Chapter 13

Kerry James Sweeney

Joyce Helen Sweeney


_____Debtor*_____/

### AMENDED* ORDER APPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS
*Amended to correct amount of final installment payment.*

   THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Pay Filing Fees in Installments, Document No.  3 . The Court has considered the Application, together with the record, and finds that the Application should be approved pursuant to Fed. R. Bankr. P. 1006. Accordingly, it is

   **ORDERED:**

   1. The Debtor shall pay the filing fee in installments, in the form of cashier's check or money order only, made payable to Clerk, U.S. Bankruptcy Court and delivered to or received by mail addressed to:

   Clerk, U.S. Bankruptcy Court,
   George C. Young Federal Courthouse
   400 West Washington Street
   Suite 5100
   Orlando, FL 32801

   as follows:

   $ 70.00 on or before December 29, 2017

   $ 70.00 on or before January 28, 2018

   $ 170.00 on or before February 27, 2018

2. Until the filing fee is paid in full, the Debtor shall not pay any money or transfer any property to any person for services in connection with this case, and no person shall accept any money or property from the Debtor as payment for services in connection with this case.

3. If the Debtor fails to make the required installment payments, the Court may enter an order dismissing the case for failure to pay the required fee or may withhold the Debtor's Discharge.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.